United States District Court
Southern District of Texas
**ENTERED**
October 29, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| HOMER ESQUIVEL AND REUBEN REYES, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 5:15-cv-00187 |
| VS. | § § | |
| NGL WATER SOLUTIONS, LLC. AND ELLIOT RUSSELL GIRARD, Defendants. | § § § § | DEMAND FOR JURY TRIAL |

### ORDER GRANTING PLAINTIFFS HOMER ESQUIVEL AND REUBEN REYES' UNOPPOSED MOTION TO REMAND

On this day, the Court, after having considered Defendants Notice of Removal and supporting documents, as well as the Plaintiff's Motion to Remand, finds that the Defendants have failed to meet their burden and have failed to establish that complete diversity exists for this Court to have subject matter jurisdiction over this cause.

For these reasons, this action is REMANDED pursuant to 28 U.S.C. § 1447(c) to the District Court, 218th Judicial District, La Salle County, Texas, where it was originally filed and assigned Cause Number 15-08-00140-CVL.

SIGNED and ORDERED this 29th day of October, 2015.

_____
Honorable United States District Judge Presiding

**Diana Saldaña**